UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-61-TAV-DCP |
| | ) | |
| RICHARD ADAMS, and | ) | |
| DIMITRI STRINGER, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Dimitri Stringer's Motion to Continue Trial and Enlarge Relevant Deadlines [Doc. 31], filed on October 7, 2025.

Defendant requests the Court to continue the trial date, set for November 4, 2025, and to enlarge all relevant deadlines in this cause [*Id.*]. In support of his motion, Defendant states counsel was appointed on September 10, 2025 [*Id.* ¶ 1]. He represents that counsel has been diligent in reviewing discovery, but additional information is necessary and has been requested from the Government and that through no fault of the Government, the additional discovery has not been received by the October 7, 2025 plea deadline [*Id.*]. Defendant is aware of his right to a speedy trial and waives this right in this instance [*Id.* ¶ 4]. The Government does not oppose the request for a continuance [*Id.* ¶ 5]. Codefendant Richard Adams filed a Notice of Joinder in to Motion to Continue [Doc. 32], and stated he did not oppose the continuance, and waived his Speedy Trial Act rights for the purposes of the motion [*Id.* at 1].

Based upon the information in Defendant's motion and because the Government and Codefendant Adams does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). In consideration of these factors, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs time to review discovery, file pretrial motions, and otherwise prepare for trial. The Court finds that all of this cannot occur before the November 4, 2025 trial date.

The Court therefore **GRANTS** Defendant Dimitri Stringer's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 31**]. The trial of this case is reset to **February 24, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all of the time between the filing of the motion on October 7, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Dimitri Stringer's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 31**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 24, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **October 7, 2025**, and the new trial date of **February 24, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 23, 2026**;

(5) the deadline for filing motions *in limine* is **February 9, 2026**. Responses to motions *in limine* are due on or before **February 17, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **February 10, 2026, at 1:00 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **February 13, 2026.**

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge